UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Darryl M. Whitehurst,

       Plaintiff,

vs.                                 Case No.  3:06-cv-191-J-32MCR

Wal-Mart Stores East, L.P., a foreign
corporation licensed to do business in the state
of Florida,

       Defendant.

_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Motion to Compel (Doc. 23) filed June 5, 2006.  The Court conducted a hearing on June 12, 2006, during which the parties addressed this motion.  Plaintiff served Defendant with discovery requests on May 22, 2006.  Plaintiff's Motion to Compel seeks to require Defendant to respond to these discovery requests.  During the hearing, the Court informed Plaintiff that his motion failed to comply with numerous Local Rules, including Local Rules 3.01(a), 3.01(g) and 3.04.  Additionally, Plaintiff was informed that after serving a discovery request, the party receiving the request has thirty days in which to respond.  As Plaintiff's discovery requests were served May 22, 2006, Defendant still has time in which to respond and therefore, the Motion to Compel is premature.

Also during the hearing, Defendant noted that the discovery requests were served prior to a case management conference being conducted and were therefore

-1-

improper.  Defendant, however, conceded that it would respond to the discovery

requests if it were provided thirty days from the date of the hearing in which to do so.

The Court agreed and ordered Defendant to respond to Plaintiff's discovery requests no

later than thirty days from the date of the hearing.

Accordingly, after due consideration, it is

**ORDERED**:

Plaintiff's Motion to Compel (Doc. 23) is **DENIED as moot**.  However, Defendant

is ordered to respond to Plaintiff's discovery requests no later than **Wednesday, July**

**12, 2006**.


**DONE AND ORDERED** in Chambers in Jacksonville, Florida this _12th_ day of

June, 2006.


*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Pro Se Plaintiff