UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Darryl M. Whitehurst,

    Plaintiff,

vs.                                                   Case No. 3:06-cv-191-J-32MCR

Wal-Mart Stores East, L.P., a foreign
corporation licensed to do business in the state
of Florida,

    Defendant.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Motion to Compel (Doc. 29) filed July 17, 2006. Plaintiff filed an earlier motion to compel in June, which the Court denied as moot and directed Defendant to respond to Plaintiff's discovery requests no later than July 12, 2006. In denying Plaintiff's earlier motion to compel, the Court notified Plaintiff that the motion failed to comply with numerous Local Rules, including Local Rules 3.01(a) in that it did not contain a memorandum of law, Local Rule 3.01(g) in that it failed to contain a certificate indicating that Plaintiff had attempted to contact opposing counsel in order to discuss the motion and attempt to resolve the issues raised in the motion without Court action, and Local Rule 3.04(a) in that the motion failed to quote in full each interrogatory or request for production to which the motion was addressed and each objection raised by Defendant.

-1-

The instant motion to compel filed by Plaintiff also fails to comply with these three local rules.  As Plaintiff was adequately informed of the requirements for filing a motion to compel, yet failed to comply with those requirements, the undersigned will strike the instant Motion to Compel.  Plaintiff is free to file a second motion to compel, which complies with the Local Rules of this Court.  Plaintiff should first call opposing counsel to see if he can work out any disagreement before again involving the Court.  If Plaintiff finds it necessary to file another motion to compel, he is directed to make sure he specifically references the discovery requests to which he alleges Defendant has failed to respond.

Accordingly, after due consideration, it is

**ORDERED**:

The Clerk shall strike Plaintiff's Motion to Compel (Doc. 29).

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  18th  day of July, 2006.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Pro Se Plaintiff