UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Darryl M. Whitehurst,

    Plaintiff,

vs.                                                Case No. 3:06-cv-191-J-32MCR

Wal-Mart Stores East, L.P., a foreign
corporation licensed to do business in the state
of Florida,

    Defendant.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Defendant's Motion to Strike Plaintiff's Amended Complaint (Doc. 33) filed July 24, 2006. Defendant notes that on July 14, 2006, Plaintiff filed an Amended Complaint. (Doc. 28). Back on March 9, 2006, Defendant filed its answer to Plaintiff's original Complaint. (Doc. 4). The Court entered its Case Management and Scheduling Order (Doc. 26) on July 6, 2006.

Defendant correctly points out that in the present situation, Rule 15(a) of the Federal Rules of Civil Procedure does not allow amendment of a pleading without first obtaining permission from the Court. Indeed, Rule 15(a) states:

> A party may amend the party's pleading once as a matter of
> course at any time before a responsive pleading is served....
> Otherwise a party may amend the party's pleading only by
> leave of court....

Rule 15(a), Fed.R.Civ.P. As the responsive pleading (Defendant's answer) had already been filed in this case, Plaintiff was required to first file a motion with the Court before

-1-

filing an amended complaint. As such, the Court will grant Defendant's motion and will strike the Amended Complaint. Plaintiff is free to file a motion for leave to amend his Complaint. The motion should explain why Plaintiff feels it is necessary to amend his Complaint and should specify why the claim for breach of the peace was not included in his original Complaint. Additionally, Plaintiff is directed to comply with Local Rule 3.01(g) and to confer with counsel for Defendant prior to filing his motion for leave to amend.[1] Plaintiff is also directed to include a memorandum of law with his motion and to attach as an exhibit, a copy of the proposed Amended Complaint.

Accordingly, after due consideration, it is

**ORDERED**:

1. Defendant's Motion to Strike Plaintiff's Amended Complaint (Doc. 33) is **GRANTED**.

2. The Clerk is directed to strike Plaintiff's Amended Complaint (Doc. 28).

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  25th  day of July, 2006.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel for Defendant is reminded that leave to amend is "freely given when justice so requires." Rule 15(a), Fed.R.Civ.P. Accordingly, the Court suggests counsel for Defendant consider providing Plaintiff with consent to file the motion to amend unless Defendant has good and sufficient reasons to oppose the amendment.

Copies to:

Counsel of Record
<u>Pro</u> <u>Se</u> Plaintiff