UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Darryl M. Whitehurst,

        Plaintiff,

vs.                                   Case No.  3:06-cv-191-J-32MCR

Wal-Mart Stores East, L.P., a foreign
corporation licensed to do business in the state
of Florida,

        Defendant.

_____/

## O R D E R

    **THIS CAUSE** is before the Court on Plaintiff's Motion for Sanctions (Doc. 30) filed July 14, 2006.  Defendant filed a response in opposition to this motion (Doc. 32) on July 24, 2006.  Accordingly, the matter is ripe for judicial review.

    Plaintiff seeks an award of sanctions against Defendant for scheduling two depositions and cancelling them.  According to Plaintiff, Defendant twice scheduled his video-taped deposition only to cancel the deposition.  Plaintiff claims to have incurred lost wages as a result of these cancelled depositions.  Defendant responds that it did indeed cancel Plaintiff's deposition on two occasions as a result of Plaintiff's failure to provide it with complete initial disclosures.  Specifically, Defendant claims that Plaintiff has failed to provide it with a computation of his alleged damages as required by Rule 26(a)(1)(C), Fed.R.Civ.P.

-1-

The Court agrees with Defendant that sanctions are not appropriate in this situation.  Plaintiff is required to provide Defendant with a computation of the alleged damages he is seeking as well as any documentation supporting the computation.  Defendant was not unreasonable in cancelling the deposition prior to receiving that information.  Thus, the Court will deny Plaintiff's Motion for Sanctions and will direct Plaintiff to provide Defendant with a computation of the damages he is claiming as well as a copy of any documents or other evidentiary material supporting these claims for damages no later than **Monday, August 7, 2006**.[1]

Accordingly, after due consideration, it is

**ORDERED**:

1.      Plaintiff's Motion for Sanctions (Doc. 30) is **DENIED**.

2.      Plaintiff shall provide Defendant with the information detailed in this Order no later than **Monday, August 7, 2006**.


**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  25th  day of July, 2006.

_Monte C. Richardson_

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

---

[1]  In lieu of providing copies of the documents, Plaintiff may coordinate with counsel for Defendant and select a date and time during which counsel for Defendant may inspect and/or copy the documents.

-2-

Copies to:

Counsel of Record
<u>Pro</u> <u>Se</u> Plaintiff